UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 4:05cr353 SNL (MLM) |
| JACQUELINE HAYES, ET AL., | ) | |
| Defendant. | ) | |

## ORDER

Having received no objections by the defendant, Jacqueline Hayes,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Mary Ann L. Medler Report and Recommendation (#48), filed September 23, 2005 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Statements (#33) and Defendant's Second Motion to Suppress Evidence and Statements should be **DENIED** with the exception of two recorded phone calls as more fully set out in the Report and Recommendation.

Dated this 3rd day of November, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE